Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
                                              FILED        LODGED
                                         ___ RECEIVED  ___ COPY

                                             MAY 0 2 2023

                                         CLERK U S DISTRICT COURT
                                           DISTRICT OF ARIZONA
                                         BY ᴋ/ɪ          DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

District of Arizona

_Phoenix_ Division

| | | |
|---|---|---|
| Bezos Investments Express Trust, Beneficial Owner, 1st Lien Holder of Anthony - Leo: Montez. "Pro Se" | ) ) ) | Case No. ___CV-23-753-PHX-GMS___ |
| _____ | ) | _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_ | ) ) | |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) | Jury Trial: _(check one)_  ☑ Yes   ☐ No |
| -v- | ) | |
| ALLY FINANCIAL a/k/a ALLY CAPITAL, et al. LARRY H. MILLER DODGE | ) ) ) | |
| _____ | ) | |
| _Defendant(s)_ | ) ) | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bezos Investment Express Tr. Owner of Anthony-Leo: Montez |
| Street Address | 42080 W. Anne Lane |
| City and County | Maricopa, Pinal |
| State and Zip Code | Arizona [85138] |
| Telephone Number | 602-461-2994 |
| E-mail Address | Bezosinvestmentsexpresstrust@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

    Name                     ALLY FINANCIAL a/k/a ALLY CAPITAL, et al.

    Job or Title *(if known)*

    Street Address          500 Woodward Avenue 10th Floor

    City and County        Detroit, Wayne

    State and Zip Code      Michigan 48226

    Telephone Number      1-888-925-2559

    E-mail Address *(if known)*

Defendant No. 2

    Name                     LARRY H. MILLER DODGE

    Job or Title *(if known)*

    Street Address          8665 West Bell Road

    City and County        Peoria, Maricopa

    State and Zip Code      Arizona, 85382

    Telephone Number      623-432-1790

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

12 CFR § 1026.13; 12 CFR § 1026.23; 12 CFR § 360.6; 17 CFR § 260.11b-6; Fed. R. Evid. 602; Fed. R. Evid. 301;

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On May 17, 2021, the Plaintiff, Anthony Montez and Deanna Ruiz, signed a "Retail Sale Installment Contract" at the Defendant Larry H. Miller Dodge location purchasing a 2021 Ram 3500 automobile. The salesperson for Larry H. Miller Dodge was dishonest, provided false and deceptive information, and did not disclose all the requirements set forth by TILA (Truth in Lending Act). Furthermore, the Defendant violated the Plaintiff's rights when they demanded a down payment for the vehicle.

Continued on Attached Document

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Defendants failed to respond to the Affidavit sent by the Plaintiff. An unrebutted Affidavit stands as Truth in Commerce, therefore the Plaintiff is seeking declaratory judgement based on Rule 55. Due to the General damages and the emotional distress of having a negative and poor credit score, the Plaintiff requests that the account balance with Ally Financial, et al. reflect a zero balance, and he requests the item be removed from all three of the Credit Reporting Agencies. The Plaintiff would like for Larry H. Miller Dodge to return the initial

## III. Statement of Claim – Continued

2. On August 9, 2022, the Plaintiff, Anthony Montez sent Ally Financial, et al. a Debt Validation Affidavit (See Exhibit A). The Affidavit was sent by USPS Certified Mail with green receipt tracking. (See Exhibit B). The affidavit was received and signed for on August 11, 2022 but went un-rebutted and unanswered.

3. After 30 days of no response, on September 9, 2022, the Plaintiff Anthony Montez, sent Defendants, Ally Financial, et al., Larry H. Miller and both of their Agents a "Notice by Affidavit of Rescinding the Transaction". (See Exhibit C). All Affidavits were sent by USPS Certified Mail – Green Receipt Tracking (See Exhibit D). All were delivered and signed for between the dates of September 12, 2022 – September 14, 2022. Again, all Affidavits went unrebutted and unanswered. An unrebutted Affidavit stands as Truth in commerce. In addition, silence is acquiescence.

4. In February 2023 per the Affidavit's request the Defendant, Ally Financial et al., released the security interest on the automobile, a 2021 Ram 3500, but did not comply with returning the Plaintiff's monthly payments. At this time, Bezos Investments Express Trust (A Foreign Trust), has a clear and equitable title, and is the current owner of the automobile. (See Exhibit E). Furthermore, the Defendant, Ally did not comply with removing the account from the Credit Reporting Agencies.

5. To this date, May 1, 2023, the Defendant Larry H. Miller, has not complied with the Affidavit. The Defendant has not returned the Plaintiff's down payment even though it is a direct violation of Federal Law.

6. To this date, May 1, 2023, the Defendants Ally Financial or Larry H. Miller, have never provided the Plaintiff with true, complete, accurate or timely documents as

Plaintiff – Anthony-Leo: Montez, *Pro Se*                                    May 1, 2023

required. **ONLY AFTER** such provisions have been complied with can the **"3 DAY RIGHT TO CANCEL"** period begin. If the required Full Disclosures have not been provided, then the period in which to Cancel is extended for up to three (3) years, or until Ally Financial moves to default. The records, thus far evidence that the Borrower has requested to cancel within the three (3) year stipulated time period, while still waiting to receive all truth-in-lending disclosures as required by Federal Law, the same of which has never been received.



total of $27,000. In addition, the Plaintiff requests for Ally Financial et al. to return all monthly payments made on the account. The monthly payments of $1528.84 times 13 months, totals $19,874.92, including treble damages for a total of $59,624.76. Plaintiff's total request is $86,624.76. Furthermore, it should be noted that Bezos Investments Express Trust is the Secured, Beneficial Owner, and 1st Lien holder for the ens legis known as ANTHONY LEO MONTEZ Estate via a non-UCC lien with Pinal County (See Exhibit F). Additionally, there is a Copyright Notice and a Fee Schedule (Included with Exhibit F), which the Defendants have repeatedly and continually trustpass, Plaintiff is entitled to additional funds but at this time believes the $86,624.76 is just and fair.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/02/2022

Signature of Plaintiff

Printed Name of Plaintiff        Anthony - Leo: Montez.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address