# EXHIBIT A

# DEBT VALIDATION CONFIRMATION

This certified document serves as my formal, private notice of claim and dispute. Should these claims not be properly addressed and timely resolved, **within 14 days from receipt of this document,** I will seek a declaratory judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure, as well as 15 U.S. Code 1692k(d). For your company to both report and collect on what you allege I owe on this account; I require proof of the following:

1) Proof of your permission to contact me regarding this debt. This is a violation of **15 U.S. Code 1692c.**
2) Proof that I gave you permission to speak to me, as communications from an attorney is illegal per **15 U.S. Code 1692e(3).**
3) Alleged debtor is the creator of the obligation, is the **right person**, and mistaken identity has not taken place, with **authenticated signed contracts, agreements, documents, or transaction statements bearing wet ink signatures.**
4) Debt collector is named in the alleged agreement that the original debt collector has with me, **Anthony-Leo: Montez.**
5) Debt collector is not violating the doctrine of **"Scienti et volenti non fit injuria. – an injury is not done to one who knows and wills it"**
6) The amount of the debt is correct and accurate and that I approved all increases in fees and interest rates and **usury** has not taken place.
7) That the debt collector put its own assets at risk or loaned monies in its possession, was **injured or loss**, as stated in **12 U.S. Code 83 and 12 U.S. Code 1431.**
8) The original debt collector **owned the debt** 100% at sell or transfer date to assignees or current debt collector.
9) The original debt collector has not received **Accord and Satisfaction** through insurance claims, tax credits, or other forms of compensation and credits.
10) The alleged current debt collector **owns the debt.**
11) The alleged current debt collector has **legal standing** to collect the debt and is entitled to collect on the alleged obligation.
12) The debt collector is **legal**, has rights to do business in the United States, and **has a contract or agreement to collect the debt** or represent the original debt collector.

**This is a request for debt verification**. Please be advised that the alleged debtor dispute the validity of the above debt or any portion thereof. I, the alleged debtor, will file a **SWORN DENIAL** if necessary. After a request for verification of debt by answering all Debt Collector Disclosure statements, debt collector refuses or does not answer all questions entirely, truthfully, and with validation of documentation, debt collector will be sued in Federal District Court for continuing collection attempts against me without conducting proper research and answering all claims made by me. The alleged debtor will seek restitution, interest, treble damages and more for violations of the Fair Debt Collection Practices Act, Fair Credit Reporting Act and Racketeer Influenced & Corrupt Organizations Act. *Sierra v. JP Morgan Chase & Co. et al.,* Case No. 13-cv-656, U.S. District Court for the Southern District of New York; Russu v. Midland Credit Management Inc. Case No. 4.13-cv-00617 2013. Debt collector demands monies for an alleged debt for which no proof of said debt, nor proof of ownership of said debt, has been verified and

exhibited. Debt collector cannot collect any amount of money that is not permitted by law or an agreement. There is no signed agreement between debt collector and the alleged debtor, no monies or services exchange between the alleged debtor and debt collector, therefore, no collection can be sustained for **Failure of Consideration** (FDCPA).

Debt collector is not named in any alleged agreement purported entered between alleged debtor and the original debt collector – **Lack of Privity.** No document has been provided that original creditor has given debt collector or current creditor all rights and control of said debt. I never signed a contract or agreement with third party debt collector - **Statute of Frauds.**

An entity cannot place itself in harm's way and then sue for damages –no legal standing is given when an injury is done to one who knows and wills it under the doctrine of – **"Scienti et volenti non fit injuria. – an injury is not done to one who knows and wills it.** Third party debt collectors cannot knowingly and voluntarily take on a bad debt and then go after the alleged debtor to collect that alleged debt. The third-party debt collector has **insufficient specificity in claim.** I am entitled to know the dates on which individual transactions were made, the amounts therefore, and the items purchased to be able to answer intelligently and determine what items I can admit and what items I can contest (Marine Bank, 25 Pa. D. &C.3d at 267-69).

**Unauthenticated** computerized copied printed billing statements or records will not verify this debt. Kleet Lbr. Co. Inc. V. Lucchese 2007 NY Slip Op 519286, 17 misc 3d 1111A. 2007 N.Y. mis Lexis 6909 Dist. Ct. Nassau County, Oct 10, 2007. Court held that records submitted as evidence must be properly authenticated. Arrow Financial Services, LLC v. Wright, 715 S.E. 2d 715 (2011), court held that Debt collector witness must have personal knowledge of how documents (billings statements) were created (Federal Rules of Evidence ["FRE"] Rule 602) otherwise business records are considered hearsay. There is a precedent which says debt collectors cannot file suit or get a judgment against alleged debtors if they have not verified the debt with indisputable evidence (Spears vs. Brennan).

I, the alleged debtor will Subpoena an IRS 1099C Compliance Audit from Debt Buyer, Debt Collector, Original Creditor and any Party in Interest of the debt if litigation is required (DBA v Snow, 2006).

Alleged Debtor will request a **Jury Trial** if legal action is pursued with Notice to Appear.

Alleged debtor will perform due diligence on all Arizona Rules of Civil Procedures on complaints, summons, and clean hands. Any "Affidavit of Service or Proof of Service" will be reviewed for complete compliance with Arizona Law. Debt collector is asked to send all communications to alleged debtor by certified mail to meet compliance with timeline requirements of court rules and procedures, provide written proof of content of communications for litigation, and compliance with FTC. Should the alleged debtor not prevail in court, the alleged debtor will be forced to file an appeal. Debt collector skip tracer will validate that the alleged debtor has no money, no assets or property, and no means to pay. Should debt collector or client violate alleged debtor rights, alleged debtor will seek actual, emotional, and punitive damages from debt collector and client as defined in section 4 of the FTC Act, 15 U.S.C.

44, FCRA, 15 U.S.C. 1681a and the FDCPA, 15 U.S.C. 1692a (United States v. Asset Acceptance, LLC 2012).

These violations are actionable regardless of intent. FTC violations and complaints will be filed with the Federal Trade Commission Consumer Response Center, and the Michigan State Attorney's General's Office. Using any false, deceptive, or misleading representation or means in connection with the collection of any debt, is in violation of FTC laws. The complaint will be filed into the Consumer Sentinel database, which is available to law enforcement agencies across the U.S.. The complaint will also be filed with the CFPB, an agency formed under the 2010 Dodd-Frank financial reform law which protects consumers from abuse.

Answer all questions in this document **(sworn to by affidavit)** relating to the disputed account and return them to me within fourteen (14) days from date of receipt. The alleged debtor requires all the answers to all the questions in this document **(sworn by affidavit)**.

Answers to questions will be requested in discovery if litigation is necessary and if not answered in discovery allege debtor will file a **Motion to Compel** or subpoena requested information.

The information in Debt Collector Disclosure Statement is not a substitute for, nor the equivalent of, the herein above-requested verification of the record, *i.e. "Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition."* (Black's Law Dictionary, Sixth Edition, 1990), re the alleged debt, and must be completed in accordance with the Fair Debt Collections Practices Act, 15 U.S. Code 1692g, applicable portions of Truth in Lending (Regulation Z), 12 CFR 226, and demands as cited above in Offer of Performance.

Debt collectors and their clients must make **all required disclosures clearly and conspicuously in writing (sworn to by affidavit)** regarding the following to verify or validate this alleged debt:

A) Provide Debt Collector's principles or owners' names, mailing address, license, bonding number, contracts or agreements with client that show strict proof that debt collector has legal right to attempt to collect this debt on behalf of original debt collector or current debt collector/company. Provide Affidavit on all employees, attorneys, and associates having no criminal records, affiliations with organized crime or racketeering, and are not being investigated by the **Michigan** Attorney's General's Office or any other licensing agency or organization. Provide Affidavit on Debt collector and client lawsuits or complaints settled or unsettled for violations of Fair Debt Collection Practices Act (FDCPA) and Federal Trade Commission (FTC) laws.

- Provide **Certification of authority**: with a verified (sworn to by affidavit) certificate of authority from the State of Arizona authorizing your company to transact business in this State and a photocopy of your State Department of Commerce and Insurance certificate.

- Provide **Form 1035**: with Department of the Treasury Form 1035 Custodian of Documents attached or associated with my alleged original agreement and /or the name and address of said custodian per "(b)(ii)" above:

- **Provide Form 1099C**: Department of the Treasury Form 1099C Original Issue Discount for each year the alleged creditor was holder in possession of the alleged original agreement. A creditor cannot send a 1099C on a disputed debt. If the 1099C issuer places a fraudulent amount on the 1099C, the Internal Revenue Service and alleged debtor will file suit and seek actual damages, attorney fees, court cost, and punitive damages up to three times the amount on 1099C Zarin v Commissioner (916F2d 110-3rd Cir, 1990). Alleged debtor will subpoena all 1099Cs issued by credit collector and client with proof of validation of debt.

B) Provide alleged debtor's complete and full name, date of birth, social security number, driver's license number, and address with strict proof that alleged debtor is the respondent of debt collector's correspondence and identity is correct and accurate. Your Affidavit is to be sworn to be true, correct, complete, and not misleading, by a properly identified and authorized officer of the alleged original debt collector, who states that he or she has personal knowledge (Federal Rules of Evidence ["FRE"] Rule 602) of the validity of said alleged original document(s) created by alleged debtor.

C) Provide alleged debtor's complete account number and strict proof that the person who approved this account is an employee of the original creditor.

D) Provide alleged debtor's payment history of all charges and strict proof in compliance with Arizona Code of Civil Procedure section 454 that each charge was authorized by alleged debtor on alleged account including how all fees, charges, purchase receipts, and interest rate was calculated and determined that was added to debt to verify alleged debt owed. Alleged debtor **requires** strict proof that amount of debt requested is not usury or provides Unjust Enrichment and violates state and federal laws. The Federal Trade Commission has stipulated that mere itemization is not sufficient proof to verify a debt.

E) Provide all documents sent to alleged debtor that notified alleged debtor of all increases in fees and interest rates on alleged account that constituted consent to these increases.

F) Provide the Date the alleged debt became payable and date of last payment on debt and show strict proof that debt is within stature of limitations of Arizona law.

G) Provide the name and address of alleged original creditor and strict proof that original creditor was or is the current owner of this debt and has not accepted payment from a third party for alleged debt or that original creditor has not received accord and satisfaction through compensation in the form of monies and/or credits. Original debtor sold the debt to a securitize trust but retain the empty account in the charge-off transaction. A sale occurred (FAS 140) *The original debt collector has no standing to sue or collect on a debt they do not own.* Original debtor must provide affidavit of repurchase to have standing. A transfer of ownership occurred at charge off and original creditor must provide proof of ownership.

H) Provide a copy of the original contract or agreement from original debt collector with the same Copyright Date that the account was opened with original debt collector and strict proof that signature on account is the alleged debtor (my) signature.

I) Provide strict proof of debt purchase from the Original Debt Collector (signed copy by the original company), the Assignment, Chain of Assignments and a signed agreement with allege debtor signature, that show debt collector has the right to collect and is the Real Party in Interest since alleged debtor has no knowledge of a contract or agreement with debt collector, current client, or original creditor.

***All assignments and purchase agreements must show alleged debtor full account number, full name, complete address, social security number, and amount owed for proof of ownership of a lleged debtor's debt if purchased from original creditor or previous owner – a generic, batch/ bundle bill of sale will not prove ownership of this debt.***

Provide strict proof that the alleged creditor is, indeed, the secured party and holder in due course of the aforesaid alleged original agreement in issue and has an enforceable perfected security interest therein pursuant to and in compliance with the Uniform Commercial Code ("U.C.C.") Section 9-203, Section 9-204(1), and Section 9-305, or equivalent sections of the Commercial Code of Arizona.

J) Produce a true, correct, and complete copy of all Collectors notes regarding the alleged account up to the date of receipt of this dispute letter on whatever medium that may exist, transcribed on paper. This includes e-mails, internal memoranda, ledger card notes and any comments of any nature whatsoever regarding the collection process, thoughts, strategies, policies, procedures of any nature whatsoever, and provide strict proof that debt collector has complied with normal and accepted business practice according to the Fair Debt Collection Practice Act.

K) All General Acceptance Accounting Principles (GAAP) records per 12 U.S.C. § 1831n, showing all debits and credits and identifying the source(s) and amount of the credit funds/assets; Note: The verifying affidavit of journal/account ledger bookkeeping entries is to be completed by the original custodian of the books and records, sworn to be true, correct, complete, and not misleading. Further, said affidavit shall contain positive identification of the custodian, and state that he or she has personal knowledge (Federal Rules of Evidence ["FRE"] Rule 602) of said entries. Produce all documents (sworn to by affidavit) that show debt collector client or original debt collector put its own assets at risk, suffered a loss, damages, or "injury in fact" from alleged debtor in the amount of **$93,522.58** and have the legal standing to collect this debt (Sheena Leblanc v. Evans Law Associates 2013 Case 1:13-cv-00656).

All **affiants of affidavits** must appear in person at trial with documents of residency, employment, work history with alleged original creditor, current creditor, and debt collector and explain how, where, and when they had personal knowledge of alleged debtor account ending in 4934. The third-party debt collector, original debt collector & owners must provide evidence

they are not using **"Robo"** signers and debt collector must prove they are not practicing **"Sewer Services"** (California Attorney General v. JP Morgan Chase 2013).

**Original creditor documents are believed to be untrue and fraudulent due to a history and pattern of unethical business practice - Legal precedents**: U.S. ex rel vs. Wells Fargo U.S. District Court Atlanta Case No. 06-00547 Nov. 12, 2012. Litigation claims Wells Fargo routinely practice creating false documents and making false Statements. U.S. Dept of Justice vs. Wells Fargo U.S. District Court Manhattan Case No. 12-cv-751 Oct. 8, 2012. Litigation claim Wells Fargo has a decade of misconduct under Federal False Claims Act by falsifying certificates and documents. Duran vs. Wells Fargo Case No. 12- 20362-civ-cooke/turnoff: court held that Wells Fargo was in violations of FCCPA Florida Consumer Collection Practice Act. VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, v. WELLS FARGO BANK, N.A No C 07-05923 WHA 08/10/10 consumer class action challenges hundreds of millions of dollars in overdraft fees imposed on depositors of Wells Fargo Bank, N.A. through allegedly unfair and fraudulent business practices. The complaints charge that Wells Fargo does not record charges and purchases on ATM or debit cards in the order they occurred. Instead, Wells Fargo reorders the charges and purchases so that the largest charge or purchase is the first one paid by the bank. This manipulative practice is intentionally designed, the complaints allege, to maximize overdraft fee revenue. N.Y. Attorney General vs. Wells Fargo Feb. 2012 Litigation claim Wells Fargo repeatedly submitted court documents containing false and misleading information.

1) Send **all records** related to alleged Original Debt Collector account including all sales, repurchase agreements, transfers, assignments, mergers, debits, and credits of monies to the account.
2) Identify the source of the funds in the alleged account that amount to $93,522.58 that is the subject of loss in the matter of this debt.
3) Produce all records, reports, memoranda relating to the source of funds related to this disputed account and list all other sources of information such as computer file names and names of databases or locations at which related information is located or accessible.
4) What was the account number of the account in which the funds of $93,522.58 were held prior to the opening of the account that is the subject matter of this collection?
5) Who was the owner of each account or list those individuals having signature rights to each account that credited the alleged account in the amount of $93,522.58?
6) Identify the account that was debited $93,522.58 when the disputed account was created
7) Who was the owner of each account or, list those individuals having signature rights to each account?
8) Identify the source of the funds that created the disputed account for $93,522.58.
9) Did the funds for the disputed account originate from another account or lending institution?
10) List the names and addresses of all lending institutions from which any funds were purportedly originated.
11) Please identify the account number from which the funds of $93,522.58 originated to create the disputed account.
12) Admit that no other account was debited when the disputed account was created.

**13)** If you denied that no other account was debited when the disputed account was opened or created, please identify the account that was debited $93,522.53 by account number and the name or names of the debited account's signer, holder and/or owner, and explain how the funds for this account were originated.

**14)** If you denied that no other account was debited when the disputed account was opened or created, state the total balance of this debited account at the time the debit was made and, list the names of the signers on the account and the date that the account was opened along with the opening balance.

**15)** Please produce all documents and information, related in any way, to your implication or allegation that a loan was given to the me, the account holder.

**16)** Which employee of the bank or original creditor authorized the transaction?

**17)** If any loan origination system, software, or other procedures were used in the opening of the disputed account, please identify the system by name and describe how it works.

**18)** According to the alleged loan agreement, was the purported lender or financial institution involved in the alleged loan to use their money as adequate consideration to purchase the promissory note from the alleged borrower? YES or NO.

**19)** According to the bookkeeping entries, did the purported lender or financial institution involved in the alleged loan to use their money as adequate consideration to purchase the promissory note from the alleged borrower? YES or NO.

**20)** According to the alleged loan agreement, was the purported lender or financial institution involved in the alleged loan to accept anything of value from the alleged borrower that would be used to fund a check or similar instrument in approximately the amount of the alleged loan? YES or NO.

**21)** According to the bookkeeping entries, did the purported lender or financial institution involved in the alleged loan accept anything of value from the alleged borrower that would be used to fund a check or similar instrument in approximately the amount of the alleged loan? YES or NO.

**22)** Was the intent of the purported loan agreement that the party that funded the loan should be repaid the money lent? YES or NO.

**23)** Did the purported lender involved in the alleged loan follow Generally Accepted Accounting Principles, GAAP? YES or NO.

**24)** Were all material facts disclosed in the written agreement? YES or NO.

**25)** What is the name and address of any bank auditor or certified public accountant involved with or having any relation to the accounting function regarding the disputed account?

**26)** Identify the name of the records or system of accounting records or ledgers reflecting the transaction for the disputed account.

**27)** Were any loan numbers assigned to the disputed account?

**28)** If you answered yes to the above question, please list those account numbers.

**29)** Explain how each account was created or originated.

**30)** Explain how the funds for each account were deposited and where they originated.

**31)** Was an account created with the purported loan amount then debited to fund the disputed account?

**32)** Please explain your answer to the above question.

**33)** Please produce all records and tangible evidence relating to the questions here-in and send them along with your response.

**34)** Re this alleged account, if the current Debt Collector is different from alleged Original Debt Collector, does Debt Collector have a bona fide affidavit of assignment for entering alleged original contract between alleged Original Debt Collector and me, alleged Debtor?

**35)** Did Third Party Debt Collector client purchase this alleged account from the alleged Original Debt Collector? YES, NO N/A (Not Applicable)

**36)** If applicable, date of purchase of this alleged account from alleged Original Debt Collector, and purchase amount:

Date: _____

Amount.:$_____

**37)** Did Debt Collector client purchase this alleged account from a previous debt collector? YES, NO N/A

**38)** If applicable, date of purchase of alleged account from previous debt collector, and purchase amount:

Date: _____

Amount.$.:_____

**39)** Regarding this alleged account, Debt Collector client is currently the: (a) Owner; (b) Assignee; (c) Other-explain: _____

**40)** What are the terms of the transfer of rights re this alleged account?

_____

**41)** If applicable, transfer of rights re this alleged account was executed by the following method:(a) Assignment; (b) Negotiation; (c) Novation; (d) Other - explain:_____

**42)** If the transfer of rights re this alleged account was by assignment, was there consideration? YES, NO N/A

**43)** What is the nature and cause of the consideration cited in #42 above?

**44)** If the transfer of rights re this alleged account was by negotiation, was the alleged account taken for value? YES NO N/A

**45)** What is the nature and cause of any value cited in #44 above?

**46)** If the transfer of rights re this alleged account was by novation, was consent given by alleged Debtor? YES NO N/A

**47)** What is the nature and cause of any consent cited in #46 above?

**48)** Has Debt Collector client provided alleged Debtor with the requisite *verification* of the al leged debt as required by the *Fair Debt Collection Practices Act?* YES NO

**49)** Date said verification cited above in #48 was provided alleged Debtor

_____

**50)** Was said verification cited above in #49 in the form of a sworn or affirmed oath, affidavit, or deposition? YES NO

**51)** Verification cited above in #50 was provided alleged Debtor in the form of: OATH AFFIDAVIT DEPOSITION.

**52)** Does Debt Collector have knowledge of any claim(s)/defense(s) re this alleged account? YES NO

**53)** What is the nature and cause of any claim(s)/defense(s) re this alleged account?

**54)** Was alleged Debtor sold any products/services by Debt Collector client? YES NO.

**55)** What is nature and cause of any products/services cited above in #54?

**56)** Does there exist a verifiable, bona fide, original commercial instrument between Debt Collector client and alleged Debtor containing alleged Debtor's bona fide signature? YES NO

**57)** What is the nature and cause of any verifiable commercial instrument cited above in #56?

**58)** Does there exist verifiable evidence of an exchange of a benefit or detriment between Debt Collector client and alleged Debtor? YES NO

**59)** What is the nature and cause of this evidence of an exchange of a benefit or detriment as cited above in #58?

**60)** Does any evidence exist of verifiable external act(s) giving the objective semblance of agreement between Debt Collector client and alleged Debtor? YES NO

**61)** What is the nature and cause of any external act(s) giving the objective semblance of agreement from #60 above?

**62)** Have any charge-offs been made by any creditor or debt collector clients regarding this alleged account? YES NO

**63)** Have any insurance claims been made by any creditor or debt collector clients regarding this alleged account? YES NO

**64)** Have any tax write-offs been made by any creditor or debt collector clients regarding this alleged account? YES NO

**65)** Have any tax deductions been made by any creditor or debt collector clients regarding this alleged account? YES NO

**66)** Have any judgments been obtained by any creditor or debt collector clients regarding this alleged account? YES NO

**67)** At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract? YES NO

**68)** At the time of the alleged original contract was executed, were all parties advised of the importance of consulting a licensed legal professional before executing the alleged contract? YES NO

**69)** At the time the alleged original contract was executed, were all parties apprised that said alleged contract was a private credit instrument? YES NO

The Debt Collector's and/or client failure, both intentional and/or otherwise, in completing/answering fully, truthfully, and completely questions "1" through "69", as enumerated above and returning this Debt Collector Disclosure Statement, as well as providing Respondent with the requisite *verification* validating the herein above-referenced alleged debt, within 14-30 days of its receipt constitutes Debt Collector's tacit agreement that Debt Collector has no verifiable, lawful, bonafide claim regarding the herein above-referenced alleged account, and that Debt Collector tacitly agrees that Debt Collector waives all claims against alleged debtor and indemnifies and holds alleged debtor harmless against any and all costs and fees heretofore and hereafter incurred and related regarding any and all collection attempts involving the hereinabove- referenced alleged account.

**Declaration**: I, the Undersigned, hereby declares under penalty of perjury (28 U.S. Code 1746[1]) of the laws of this state that the statements made in this Debt Collector Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge.

Debt Collector and/or client must timely complete and return this Debt Collector Disclosure Statement, along with **all required documents (sworn to by affidavit)** referenced in said Debt Collector Statement. Debt Collector's claim will not be considered if **any portion** of the Debt Collector Disclosure Statement is not completed and timely returned with all **required** documents, which specifically includes the requisite verification, made in accordance with the law and codified in the Fair Debt Collection Practices Act at 15 USC §1692 et seq., and which states in relevant part: "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt," which includes the false representation of the character, or legal status of any debt," and "the threat to take any action that cannot legally be taken," all of which are violations of law. If Debt Collector does not respond as required by law, Debt Collector's claim will not be considered and Debt Collector may be liable for damages for any continued collection efforts, as well as any other injury sustained by alleged debtor. Please allow thirty (30) days for processing after allege debtor's receipt of Debt Collector's response. All information in this document will be **subpoenaed** from debt collector, client, and original debt collector, if necessary, in Discovery with Request for Production of Documentation if court appearance is required.

**CERTIFICATE OF SERVICE**: I hereby certify that I have mailed a copy of the foregoing Request for Verification of Debt and Notice of Dispute and Claim, this 8th day of the 8th month, two thousand 2022, by U.S. Certified Mail Return Receipt #7022 0410 0003 1792 0934

A copy of this notice will also be mailed to the following parties if there is no proper response:

Company Trustee/Executive Vice President/General Counsel
Michigan State Attorney General Office Consumer Rights Advocate
Federal Trade Commission Consumer Response Center
Bureau of Consumer Protection
Consumer Financial Protection Bureau

Revelation 21:5 — Behold, I make all things new. And he said unto me, Write: for these words are true and faithful. [28 USC 1746(1)]

by: ANTHONY-LEO: MONTEZ;
the 8th day of the 8th month, two thousand twenty-two A.D.
Without Prejudice, All Natural Inalienable Rights Reserved

**ATTACHED: EXHIBITS OF VIOLATIONS AND INVOICE FOR VIOLATIONS**

Authorized Signature of Debt Collector: _____
Sign under the Penalty of Perjury (28 U.S. Code 1746); if you do not agree with the above claims, please sign this notice and return it with your point-by-point rebuttal

# EXHIBIT B

# CERTIFIED MAIL – GREEN RECIEPT

# PROOF OF DELIVERY – AFFIDAVIT OF DEBT VERIFICATION

## Sent on 08/09/2022; Delivered on 08/11/2022



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   Afrim Duschica    ☐ Agent<br>                                         ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>                                            AUG 1 1 2022 |
| 1. Article Addressed to:<br>Attn: CFO   Ally<br><br>Payment Processing Center<br>P.O. Box 78234<br>Phoenix, AZ 85062-8234 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>Debt Validation |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6936 1104 9671 10 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7022 0410 0003 1792 0934 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

# EXHIBIT C

Date: September 7, 2022

**Certified Mail # 7022 1670 0001 2025 2472**

C/O: Anthony-Leo: Montez &
Co-Buyer: Deanna-Marie: Ruiz.
42080 W Anne Lane
Maricopa, AZ [85138]
Non-Domestic/Non-Assumpsit

RE: Agreement # 228028134934
VIN# 3C63RRPL6MG537343
Ram 2021

**\*\*ALLY FINANCIAL
a/k/a ALLY CAPITAL**
500 Woodward Avenue 10th Fl
Detroit, MI 48226

ALLY's Agent
CT CORPORATION SYSTEM
3800 N Central Avenue #460
Phoenix, AZ 85012

LARRY H MILLER
Attn: Ken Ellegard
8380 W. Bell Road
Peoria, AZ 85381

LARRY H MILLER's Agent
Attn: J. Lawrence McCormley
2525 E. Camelback Road 7th Fl
Phoenix, AZ 85016

## NOTICE
### By
### AFFIDAVIT Of RESCINDING The TRANSACTION

### "NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT"

To Whom It May Concern:

I, Anthony Montez, a 36 yr. old male, currently residing in Maricopa, Arizona, swear that the information contained in this statement is truthful to the best of my knowledge and understanding. I am exercising my right to **Rescind the Transaction** made with Larry Miller Dodge in Peoria. I do so in good faith due to the following 3 reasons:

1. Lack of providing full, material disclosure as required by the TILA (Consumer Credit Protection Act) and,

2. Violations of Contract Law

3. Therefore, there is a Billing Error that needs resolution. **12 CFR 1026.13**

As a result of the above, per the guideline set forth in the **UCC § 9-210**, I request a full accounting and any credits related to the account. I request the accounting information to ensure that there have not been any credits issued to your persons, without my knowledge, that have not been appropriately reflected or disclosed against my account. I need this information prior to my continuing to make any payments so that I know the specie in which any agreements, or promissory notes, were converted to so that I can make "payment" in that same specie. **Please Take Notice**: I am NOT requesting accounting for the payments that I have made since the inception but of the true accounting of all parties' ledgers.

You will find that I have attached supporting documents, such as CCPA, Fee Schedule, Copyright Notice, UCC Financing Statement, etc. I will cite these documents as "Exhibits" for ease of tracking at the end of Affidavit.

The definition of "Contract" (noun) – **An enforceable agreement.** The term "contract" depends on the following 6 conditions for validity:

1. Mutual Assent – offer and acceptance
2. Legal consideration
3. Legal capacity for contracting
4. Absence of fraud or duress
5. Not in violation of law
6. Must be realistic and attainable

If any of the 6 conditions are not met, there are lawful grounds for vacating/rescinding the transaction. The lawful reason for the rescission is based on the awareness of my mistake. Had Full Disclosure been provided, I would not have entered into the transaction in the first place. The misrepresentation of facts is the cause of the mistake. In the case of misrepresentation, the injured party has the right to rescind.

Lawful contracts need to contain some form of **monetary exchange or assurance.** An agreement is Legally Enforceable only when each of the parties give something and get something. In my case, I gave the promissory note in form of a retail installment sale contract. Which gave way to the funds that PAID OFF my automobile. Therefore, as I stated there was not an even exchange. Larry H. Miller Dodge did not give me anything in Return for the promissory note I signed. Which my signature/autograph created monies pursuant to **12 U.S. Code § 412 – Application for Notes; Collateral Required**. The amount of the Finance Charge, according to **15 U.S. Code § 1605 or Section 106**, in connection with any consumer credit transaction **shall be determined as the sum of all charges**, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The Finance Charge does not include charges of a type payable in a comparable cash transaction. **Therefore, the request for a down payment is illegal.** The Finance Charge shall Not include fees and amounts imposed by third party closing agents (including Settlement agents, attorneys, and escrow and title companies) if the creator does not require the imposition of the charges or the service provided and does not retain the charges. These are false and deceptive pieces of information, which are a direct violation under **15 U.S. Code § 1692e**. Please take Note, as Larry Miller Dodge did in fact, charge me a large down payment, which is more supporting proof that this retail sales contract is fraudulent and unlawful. It is also false, deceptive, and misleading representation.

In addition, the lack of Full Material Disclosure by the Larry Miller Dodge team is appalling. The Salesman never told me what should be included in the finance charge that I paid for but, clearly, did NOT receive full services for. Larry Miller Dodge did NOT advise me that my application was **"Self-Liquidating Paper"** pursuant to **17 CFR § 260.11b-6 Section 311 (b)(6)** for the purpose of financing the purchase. Also, pursuant to **12 CFR § 360.6** treatment of financial assets transferred in connection with a securitization or participation. Financial asset means cash or a contract or instrument that conveys to one entity a contractual right to receive cash or another financial instrument from another entity.

Upon receipt of this rescission, I am not liable for any finance or other charge. Any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a recission.

Please be aware, based on the **"Mailbox Rule"** it is stated that an offer is considered accepted at the time that the acceptance is communicated (whether by mail, e-mail, etc.). The mailbox rule (also called the posting rule), which is the default rule **contract** law for determining the time at which an offer is accepted. Regardless as to if you respond or not, according to the mailbox rule this self-executing contract is accepted at the time it was mailed out to you. Pursuant to title **15 U.S. Code § 1635** & **12 CFR 1026.23** includes ANY consumer credit transaction as defined. **15 U.S. Code § 1635(a)**, the company never informed me of my rights to rescind the transaction, or the associated timeline. **15 U.S. Code § 1635(b)**, I am no longer liable upon their receipt of my request to rescind the transaction, upon the right to rescind, any security interest the company has becomes void. I request the full accounting based on the lack of the Full Disclosure, which gives rise to the element of contract fraud, which gives me my RIGHT to rescind. Contracts are not enforceable if they were signed using coercion, misrepresentation, or fraud, as any of these would negate the mutual assent required to create an enforceable in the first place. This is a contract in which the terms are excessively unreasonable, overreaching, and one-sided. One which no sensible man not under delusion, duress, or in distress would make, as no such honest and fair man would ever accept. Based on the lack of Full Disclosure and based on the elements of contract fraud this is a fraudulent agreement and it's a Billing Error and needs immediate resolution, this account balance should be ZERO. If you don't believe that it should be Zero, then let me know why, show me your accounting, open your Books. Prove to me, if you would like me to continue to make any more payments to this account, prove that Requirements. Pursuant to **UCC § 9-210(b)** and title **15 U.S. Code § 1635**, it is your DUTY to respond to said request. In addition, pursuant to **15 U.S. Code § 1681i(a)(1.A)** while this billing matter is under dispute, the information should be removed from all Credit Reporting Agencies.

Furthermore, said contract does NOT meet the criteria, therefore, it is Not Enforceable, and you have no Legal right to come and repossess said automobile, it is **AGAINST FEDERAL LAW**. You also **CANNOT** send or hire any other third party to collect or repossess the automobile, pursuant to the **Federal Rules of Evidence – Rule 602** – "NEED FOR PERSONAL KNOWLEDGE". According to Rule 602, you cannot turn this over to any other third party (Lawyers, Collections Agency, Insurance Co., Repossession Co., etc.) for they do NOT have any first-hand knowledge of the case. They cannot, legally, discuss or assist the case in any way whatsoever. I also DO NOT allow the usage of the GPS for any tracking purpose, period.

Pursuant to **15 U.S. Code § 1692(h)**, based on my finding that this is a clear case of contract fraud. I am requesting the lawful return of all past and prior payments, including my down payment. I also demand release of my original MCO and any interest you believe that you have in said property. If there is any rebuttal, I want the rebuttal signed by an agent, under the penalty of perjury, an you would need to cite the federal law that backs your position. There is only ONE form of action – the civil action. **Civil Procedure: Rule 2** – In this matter, it is important to note that the **Supremacy Clause** is important. **State Law is void if it conflicts with Federal Law**. *Please see Supreme Court of U.S. James Edgar, appellant v. Mite Corporation and Mite Holdings, Inc. No. 80-1188. Argued Nov. 30, 1981. Decided June 23, 1982. See Chicago and NorthWestern Transportation Company v. Kalo Brick and Tile Company 450 U.S. 311. See Maryland et al., v. State of Louisiana 452 U.S. 725*. The Supremacy Clause is also codified in the FDCPA under **15 U.S. Code § 1692n** – Relation to State laws.

Take further notice that twenty (20) days after the receipt of this notice and keeping in mind the "Mailbox Rule" stated above, the lender must return any money given, which in this case is a $9,000 down payment and all monthly payments of $1528.84 that have been made to the lender since the creation of the account (13 months). Treble punitive damages totaling $86,624.76. In addition to the punitive damages, you are also obligated to terminate and reflect that termination of the security interest placed on the property which in this case is a 2021 Ram 3500 VIN # 3C63RRPL6MG537343. As stated, the Lender must return any money, interest, fees and/or property to the Borrower, as well as any money/funds given to any person or fiction in law/entity in connection with said transaction.

In accordance with Federal law or until Lender complies, Borrower may retain the proceeds of the transaction. If it should be "impractical", or "Unfair" for the Borrower to return the property when gross discrepancies, fraud, or other wrongful acts are discovered, then he may offer its "Reasonable Value". In the event that the Lender should fail, or refuse to return the Borrower's money offer within twenty (20) days, the Borrower may then regain/acquire all rights to clear title and reconveyance under *Federal law, State Statutes, Uniform Commercial Code,* and provisions of *TILA*, with the same being supported by the evidence of both public and bank records, and further as attached hereto. *Pursuant* to **15 U.S. Code § 1611(1)(3)** you can be fined or imprisoned for up to 1 year, or both, for giving false, inaccurate information and failing to provide information which you are required to disclose and in this case you, LARRY MILLER DODGE and ALLY CAPITAL, willfully did so when you failed to disclose and provide all information clearly to me as a consumer.

If a contract or agreement is void for fraud or voidable for fraud, and the opposing party ignores (does not respond or send a rebuttal) one's Affidavit of Rescindment for fraud, a dishonor has occurred pursuant to **UCC § 3-505** for non-acceptance of refusal of cause.

**UCC § 1-103.6** mandates all parties to construe the statues in harmony with the common law, within statutorily created legislative agency, forcing recognition of common law rights.

*Your failure to comply with this rescission will result in Civil liability for fraud Pursuant to 15 U.S. Code §1640.*

**Revelations 21:5 – Behold, I make all things new. And he said unto me, Write: for these words are true faithful [ Cf. 28 U.S.C. § 1746(1)]**



By: _____

The __9th__ day of the _____ month, 2022

**Without Prejudice, All Natural Inalienable Right Reserved**

**Witness 1:** _____

**Witness 2:** _____

# True Bill / Invoice — Presented via Special Deposit:

**No.** 10312022A

**Issue Date:** 09 / 07 / 2022

**Due Date:** 10 / 10 / 2022

**Service by: Certified Mail Number:**
7022 1670 0001 2025 2472

**Obligee:**    BEZOS INVESTMENTS EXPRESS TRUST
Authorized Representative for:
:ANTHONY LEO MONTEZ.
c/o 4240 S Arizona Ave
Chandler Township, Arizona Republic [85248]
The United States of America

**Obligor:**    ALLY FINANCIAL
Attention: Jen LeClair
Chief Financial Officer
c/o ALLY FINANCIAL a/k/a ALLY CAPITAL
500 Woodward Avenue
Detroit, Michigan [48226]

### *Billing Details with Description Provided*

| Description | Item Count | Amount per Item | Amount |
|---|---|---|---|
| Return of Down Payment | 1 | $9,000.00 | $9,000.00 |
| Monthly Payment | 13 | $1,528.84 | $19,874.92 |
| Add Other Damages from Fee Schedule | | | |

| Billing Totals | |
|---|---|
| All Items | **Items:** 14<br>Sub Total: $28,874.92 |
| Punitive Damages times three (3) | **Items:** 14<br>Sub Total: $86,624.76 |

| **Sub Total** | $86,624.76 |
|---|---|
| **Total** | $86,624.76 |

### Claims of "Immunity":

Any claim of "Immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, for which removal is authorized or mandated under "Constitution for the united States of America" Article 2, Section IV; also include but are not limited to [Title 18 U.S. Codes 241, 242, 245; Title 42 U.S. Codes 1983, 1985, 1986]; and other state Constitutions. Precedent of Law established by court cases, which are in violation of law, render violations of law as LEGALLY unassailable.

 Copyright/Copyclaim, 2022

Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, ensure domestic tranquility, and secure the blessings of liberty.

- Please make all payable to ANTHONY LEO MONTEZ at the mailing address provided.
- All invoices are due within 10 days of receipt by the Obligor along with applicable late fees.
- Amounts have been denoted in fine silver bullion pursuant to Article I, Section X of the U.S. Constitution.

Authorized Representative for
ANTHONY LEO MONTEZ:



By: Montez, Anthony Leo
Autograph  All Rights Reserved



Copyright/Copyclaim, 2022

# EXHIBIT 1

## Consumer Credit Protection Act

**If you have issues viewing or accessing this file contact us at NCJRS.gov.**

## CONSUMER CREDIT PROTECTION ACT[1]

AN ACT To safeguard the consumer in connection with the utilization of credit by requiring full disclosure of the terms and conditions of finance charges in credit transactions or in offers to extend credit; * * * and for other purposes.

[Public Law 90-321 approved May 29, 1968 (82 Stat. 146, 15 U.S.C. 1601), as amended by Public Law 91-508 approved Oct. 26, 1970 (84 Stat. 1126), which added provisions relating to credit cards and the Fair Credit Reporting Act; Public Law 93-495 approved Oct. 28, 1974 (88 Stat. 1511), which added the Fair Credit Billing Act, the More-than-four-installment Rule, the Equal Credit Opportunity Act, and made other amendments to the Truth in Lending Act; Public Law 94-205 approved Jan. 2, 1976 (89 Stat. 1159), which repealed § 121 (c) of the Truth in Lending Act; Public Law 94-222 approved Feb. 27, 1976 (90 Stat. 197), which amended the Truth in Lending Act; Public Law 94-239 approved Mar. 23, 1976 (90 Stat. 251), which amended the Equal Credit Opportunity Act; and Public Law 94-240 approved Mar. 23, 1976 (90 Stat. 257), which added the Consumer Leasing Act of 1976.]

## CONTENTS

Title I—Consumer Credit Cost Disclosure

Chapter 1—General Provisions

Sec.
101   Short title (Truth in Lending Act)
102   Findings and declaration of purpose
103   Definitions and rules of construction
104   Exempted transactions
105   Regulations
106   Determination of finance charge
107   Determination of annual percentage rate
108   Administrative enforcement
109   Views of other agencies
110   Repealed by Public Law 94-239

[1] The Act as set forth herein is a compilation of the various amendments to the original Act, and should not be construed as replacing any of the amendatory Acts or relied upon as an official source in lieu of the United States Code.

1

## CONSUMER CREDIT PROTECTION ACT

ments and exceptions for any class of transactions, as in the judgment of the Board are necessary or proper to effectuate the purposes of this title, to prevent circumvention or evasion thereof, or to facilitate compliance therewith.

### § 106. Determination of finance charge (82 Stat. 148; 15 U.S.C. 1605).

(a) Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges, payable directly or indirectly by the person to whom the credit is extended, and imposed directly or indirectly by the creditor as an incident to the extension of credit, including any of the following types of charges which are applicable: *Definition.*

(1) Interest, time price differential, and any amount payable under a point, discount, or other system of additional charges.

(2) Service or carrying charge.

(3) Loan fee, finder's fee, or similar charge.

(4) Fee for an investigation or credit report.

(5) Premium or other charge for any guarantee or insurance protecting the creditor against the obligator's default or other credit loss.

(b) Charges or premiums for credit life, accident, or health insurance written in connection with any consumer credit transaction shall be included in the finance charge unless *Life, accident, or health insurance charges.*

(1) the coverage of the debtor by the insurance is not a factor in the approval by the creditor of the extension of credit, and this fact is clearly disclosed in writing to the person applying for or obtaining the extension of credit; and

(2) in order to obtain the insurance in connection with the extension of credit, the person to whom the credit is extended must give specific affirmative written indication of his desire to do so after written disclosure to him of the cost thereof.

9

# EXHIBIT 2

## AZ Corporate Commission

## Entity Information



## ENTITY INFORMATION

Search Date and Time: 9/6/2022 6:21:29 PM

### Entity Details

| | |
|---|---|
| Entity Name: | ALLY FINANCIAL INC. |
| Entity Type: | Foreign For-Profit (Business) Corporation |
| Formation Date: | 7/17/2009 |
| Approval Date: | 7/23/2009 |
| Original Incorporation Date: | 7/17/2009 |
| Business Type: | Ally Financial Inc. (Ally) is a financial holding company that provides automotive financial products and services to automotive dealers and their customers in the United States. Ally is the shareholder of Ally Bank, which operates within the direct banking market, and is also the shareholder of entities that engage in insurance and certain other finance activities. |
| Domicile State: | Delaware |
| Original Publish Date: | 8/10/2009 |

| | |
|---|---|
| Entity ID: | F15401639 |
| Entity Status: | Active |
| Reason for Status: | In Good Standing |
| Status Date: | 7/29/2022 |
| Life Period: | Perpetual |
| Last Annual Report Filed: | 2022 |
| | |
| Annual Report Due Date: | 7/17/2023 |
| Years Due: | |



**ACC**

Search for an Entity Name 🔍    e**Corp**    **Search**   **File**   **FAQ**

# Entity Information

Search Date and Time:
9/6/2022 6:58:46 PM

**Entity Details**

| | |
|---|---|
| Entity Name: | LARRY H. MILLER CORPORATION - PEORIA |
| Entity Type: | Foreign For-Profit (Business) Corporation |
| Formation Date: | 5/17/1995 |
| Approval Date: | 5/17/1995 |
| Original Incorporation Date: | 5/17/1995 |
| Business Type: | RETAIL SALES |
| Domicile State: | Utah |
| Original Publish Date: | |

| | |
|---|---|
| Entity ID: | F07462966 |
| Entity Status: | Inactive |
| Reason for Status: | Converted to other entity |
| Status Date: | 12/8/2021 |
| Life Period: | Perpetual |
| Last Annual Report Filed: | 2021 |
| Annual Report Due Date: | |
| Years Due: | |

**Statutory Agent Information**

| | |
|---|---|
| Name: | Registered Agent Solutions, Inc. |
| Attention: | |
| Agent Last Updated: | 11/24/2021 |
| Attention: | |
| County: | Maricopa |

| | |
|---|---|
| Appointed Status: | Active 7/24/2019 |
| Address: | 300 W. Clarendon Ave., Suite 240, PHOENIX, AZ 85013, USA |
| E-mail: | |
| Mailing Address: | 300 W. Clarendon Ave. , PHOENIX, AZ 85013, USA |



**ACC**

| Search for an Entity Name | 🔍 | eCorp | Search | File | FAQ |

## Entity Information

Search Date and Time:
9/6/2022 7:09:29 PM

Entity Details

| | | | | |
|---|---|---|---|---|
| Entity Name: | KEN ELLEGARD - PEORIA, INC. | | Entity ID: | F01012457 |
| Entity Type: | Foreign For-Profit (Business) Corporation | | Entity Status: | Active |
| Formation Date: | 5/24/1993 | | Reason for Status: | In Good Standing |
| Approval Date: | 5/24/1993 | | Status Date: | 2/22/2022 |
| Original Incorporation Date: | 5/24/1993 | | Life Period: | Perpetual |
| Business Type: | RETAIL SALES | | Last Annual Report Filed: | 2021 |
| Domicile State: | Utah | | Annual Report Due Date: | 12/24/2022 |
| | | | Years Due: | |
| Original Publish Date: | | | | |

Statutory Agent Information

| | | | | |
|---|---|---|---|---|
| Name: | J. Lawrence McCormley | | Appointed Status: | Active 6/9/2021 |
| Attention: | | | Address: | 2525 E. Camelback Road, 7th Floor, PHOENIX, AZ 85016, USA |
| Agent Last Updated: | 2/22/2022 | | E-mail: | |
| Attention: | | | Mailing Address: | |
| County: | Maricopa | | | |

# KEN ELLEGARD - PEORIA, INC. `BRANCH`

|  |  |
|---|---|
| **Company Number** | F01012457 |
| **Status** | Active |
| **Incorporation Date** | 24 May 1993 (over 29 years ago) |
| **Company Type** | Foreign For-Profit (Business) Corporation |
| **Jurisdiction** | Arizona (US) |
| **Branch** | Branch of KEN ELLEGARD - PEORIA, INC. (Utah (US)) |
| **Registered Address** | 8360 W BELL RD |
| | PEORIA |
| | 85381 |
| | Maricopa, AZ |
| | United States |
| **Previous Names** | LARRY MILLER - PEORIA, INC. |
| **Business Classification Text** | RETAIL SALES |
| **Agent Name** | J. Lawrence McCormley |
| **Agent Address** | 2525 E. Camelback Road, 7th Floor, PHOENIX, AZ, 85016 |
| **Directors / Officers** | CHERYL ELLEGARD, president |
| | CHERYL ELLEGARD, director |
| | CHERYL ELLEGARD, secretary |
| | CHERYL ELLEGARD, treasurer |
| | J. Lawrence McCormley, agent |
| | THAD ZORN, vice-president |
| **Registry Page** | http://ecorp.azcc.gov/Details/Corp?co... |

# EXHIBIT D

COPY

## CERTIFIED MAIL – GREEN RECIEPT

## PROOF OF DELIVERY – NOTICE BY AFFIDAVIT

### Sent on 09/09/2022; Delivered on 09/12/2022 & 09/14/2022

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attn: Ally's Agent
3800 N Central Ave Suite #460
Phoenix, AZ 85012, USA

9590 9402 6989 1225 5483 37

2. Article Number (Transfer from service label)

7022 1670 0001 2025 2465

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
9/12/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
Delivered
Sept 12, 2022

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ally / CFO
500 Woodward Avenue
10th Floor, Detroit MI 48226
Wayne County, USA

9590 9402 7657 2122 8257 13

2. Article Number (Transfer from service label)

7022 1670 0001 2025 2472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
Sept 14, 2022

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# CERTIFIED MAIL – GREEN RECIEPT

# PROOF OF DELIVERY – NOTICE BY AFFIDAVIT

## Sent on 09/09/2022; Delivered on 09/10/2022 & 09/12/2022

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: LARRY Miller
380 W
or
Sell Road Cheryl Ellega
eoria, AZ 85381

9590 9402 7369 2028 3297 33

2. Article Number (Transfer from service label)

7022 0410 0003 1792 0729

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Harley miehanlah ☒ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Harvey Michail   9/10/22
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

8380 W BELL RD
PEORIA AZ 85382

3. Service Type   Sept 10, 22   ☐ Priority Mail Express®
☒ Adult Signature   ☐ Registered Mail™
☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

COPY

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATT: Larry Miller
Lawrence McCormley
2525 E. Camelback Rd
7th Floor Phoenix, AZ
85016-USA

9590 9402 7657 2122 8257 44

2. Article Number (Transfer from service label)

7022 0410 0003 1792 0712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Elijah Cebriz   9/12/22
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Delivered
Sept 12, 2022

3. Service Type   ☐ Priority Mail Express®
☒ Adult Signature   ☐ Registered Mail™
☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

# EXHIBIT E

# ARIZONA CERTIFICATE OF TITLE

**ADOT**
**Motor Vehicle Division**
48-7200M R09/19  azdot.gov

0520221240

Inventory Control

08 76 68 25M

00002974

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 3C63RRPL6MG537343 | 2021 | RAM | 3500 | 1TPU |

Bezos Investments Express Trust
42080 W Anne Ln
Maricopa AZ 85138-8637

| Title Number | Issue Date | Odometer Reading (no tenths) | |
|---|---|---|---|
| A011325882 | 02/10/2023 | 30000 | Actual |

| Previous Title Number | State | Issue Date |
|---|---|---|
| A011315010 | AZ | 02/09/2023 |

**Arizona Brands**

Other States With Brands

Owners

Bezos Investments Express Trust        Owner
4240 S Arizona Ave                     Chandler                    AZ        85248-4593

**COPY**

Lienholder(s) as of the print date and lien effective date.  (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

LIEN DATE:

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED



**WELLS FARGO**

# Jurat Certificate

State of **Arizona**

County of **Pinal**

Subscribed and sworn to (or affirmed) before me on this **2** **st**

day of **April**, 20**23**, by **Anthony Montez**

*Place Seal Here*

Notary Signature _____

NATASHA THORNTON
Notary Public · Arizona
Pinal County
Commission # 639887
My Comm. Expires Nov 3, 2026

## Description of Attached Document

Type or Title of Document
**Vehicle Title Copy**

Document Date
**04/21/2023**

Number of Pages
**1**

Signer(s) Other Than Named Above

© 2021 Wells Fargo Bank, N.A. All rights reserved.
DSG3018 (Rev 01-04/21)



# Title Information

| Year | Make | Model |
|------|------|-------|
| 2021 | Ram  | 3500  |

✓ Title does not have any lien(s) or brand(s) and is eligible to transfer.

**Vehicle Information**
**VIN:** 3C63RRPL6MG537343
**Body Style:** Pickup 1 Ton

**Title Information**
**Title Number:** A011325882
**Title Issue Date:** 02/10/2023

**Liens**

✓ This vehicle has no liens.

**Brands**

✓ This vehicle has no brands.

# EXHIBIT F

# Copyright Notice

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Dana Lewis

DATE/TIME:       11/09/2022  1554
FEE:             $30.00
PAGES:           4
FEE NUMBER:      2022-114629

When recorded return to:

BEZOS INVESTMENTS EXPRESS TRUST
4240 S Arizona Ave #1043
Chandler, Arizona 85248

# PINAL COUNTY
# RECORDER COVER SHEET

## Common Law Copyright Notice

## Common Law Copyright Notice
### Private Registration Number: RB 606 101 445 US

Common Law Copyright Notice: All rights re; common law copyright of trade-
name/trademark, ANTHONY LEO MONTEZ ESTATE; ANTHONY LEO MONTEZ; ANTHONY MONTEZ;
MONTEZ,ANTHONY LEO; ANTHONY L MONTEZ ESTATE; and BEZOS INVESTMENTS EXPRESS TRUST
as well as any and all derivatives and variations in the spelling of said trade-
names/trademarks – Copyright October 1st,2019, by BEZOS INVESTMENTS EXPRESS TRUST
(the natural person). Said trade-name/trademarks, may neither be used, nor
reproduced, neither in whole nor in part, nor in any many whatsoever, without the
prior express, written consent and acknowledgement of BEZOS INVESTMENTS EXPRESS
TRUST (the natural person)as signified by the signature of Medina Guerra, Armando
(the Sole Trustee; non-resident alien) and MONTEZ, ANTHONY LEO (the Settlor,
Trust Protector and a Co-Trustee). With the intent of being contractually bound,
any Juristic Person, as well as the agent of said Juristic Person, nor the agent
of said Juristic Person, shall display, nor otherwise use in any manner, the
trade-name/trademarks, nor common-law copyright described herein, nor any
derivative of, nor any variation in the spelling of, said name without prior,
express, written consent and acknowledgement of BEZOS INVESTMENTS EXPRESS TRUST,
hereinafter known as the Secured Party,as signified by Secured Party's signature.
Secured Party neither grants, nor implies, nor otherwise gives consent for any
unauthorized use of ANTHONY LEO MONTEZ ESTATE; ANTHONY LEO MONTEZ; ANTHONY
MONTEZ; MONTEZ, ANTHONY LEO; ANTHONY L MONTEZ ESTATE, and all such unauthorized
use is strictly prohibited. The Secured Party is not now, nor has ever been, an
accommodation party, not a surety, for the purported debtor, i.e. "ANTHONY LEO
MONTEZ ESTATE" nor for any derivative of, nor for any variation in the spelling
of, said name, nor for any other juristic person, the debtor (ANTHONY LEO MONTEZ)
is completely under jurisdiction of the Foreign Express Trust, BEZOS INVESTMENT
EXPRESS TRUST, an Irrevocable Trust Organization for tax treaty purposes
associated with the Internal Revenue Service withholding compliances. The Secured
Party is the holder of the Authenticated Certificate of Title No. B 102-85-044434
Registration Date October 16, 1985, Department of State Annex no. 22049641-1 on
August 18, 2022, as the Collateral for the Security interest, known as "Equity
Secured Promissory Note – Exhibit A" in the amount of a Nine Billion Dollar Lien
with interest. See Copyright No. 00077964-1 against all claims, legal actions,
orders, warrants, judgements, demands, liabilities, losses, depositions, summons,
lawsuits, costs, fines, liens, levies, penalties, damages, interest, and expenses
whatsoever, both absolute and contingent, as are due and as might become due, now
existing and as might hereafter arise, and as might be suffered by, imposed on,
and incurred on, and incurred by debtor for any and every reason, purpose, and
cause whatsoever. This Notice by Declaration becomes a fully executed copyright
notice wherein "Montez, Anthony Leo" (the Settlor, Trust Protector and a Co-
Trustee) of the BEZOS INVESTMENTS EXPRESS TRUST, grants the Secured Party
security interest in all of the debtor's property and interest in property in the
sum certain amount of $2,070,000,000.00 (Two Billion Seventy Million Dollars)
exercised by a $9,000,000,000.00 USD (Nine Billion Dollars) Lien referenced with
the "Maryland" Secretary of State Financing Statement No.221219-0514000 and in
the Organic Public Record "Pinal" Recorders Clerk Office non-Uniform Commercial
Code Central Filing. For each trade-name/trademark used, per each occurrence of
use (violations/infringement), plus triple damages, plus cost for each such use,
as well as for each and every use of any and all derivatives of, and variations
in the spelling of ANTHONY LEO MONTEZ ESTATE; ANTHONY LEO MONTEZ; ANTHONY MONTEZ;
MONTEZ,ANTHONY LEO; ANTHONY L MONTEZ ESTATE and BEZOS INVESTMENT EXPRESS TRUST,
the trust office shall refer to the Affidavit of Schedule of Fees for summary
judgement granted by any court of record in the matters of equity.
Copyright Notice No. 00077964-1 | Private Registration No. RB 606 101 445 US
**Armando Medina Guerra:** Armando-Medina: Guerra. **Sole Trustee**
**Dated: Nov. 9, 2022**

: Copyright/Copyclaim.

**Company Name**  BEZOS INVESTMENTS EXPRESS TRUST
*****

**City**

**Country**  United States of America



## Copyright number

## 00077964-1 (tel:00077964-1)

**Received on**  2022-12-21 20:20:01

**Sole Author**  Yes

**Category**  Business > Contract

**Title**  Anthony Leo Montez Estate

**Description**  BEZOS INVESTMENTS EXPRESS TRUST is the Owner and Secured Party for the name/ens legis known as ANTHONY LEO MONTEZ via a non-UCC lien with Pinal County.

State of _Arizona_ County of _Pinal_
Subscribed and sworn before me on _12/27/2022_
_____ (Date)
_____
(Notary Signature)

Silvia H Andrade
Notary Public
Pinal County, Arizona
My Comm. Expires 04-14-25
Commission No. 603607



## Fee Schedule

# Fee Schedule Notice

**Notice to Agent is notice to Principal.**
**Notice to Principal is Notice to Agent.**
**Notice to Individual or Natural Living man is**
**Notice to All man Worldwide. And, Notice to All man is**
**Notice to Individual and Natural Living man Worldwide.**

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule established by the Secured Party and Creditor, and Authorized Signatory Attorney-in-fact on behalf of ANTHONY LEO MONTEZ™ Ens Legis. and the Estate Haers, on behalf of ANTHONY LEO MONTEZ™ Estate, i, Anthony-Leo from the Nation Montez, also known as Montez, Leo Anthony, Anthony Leo or Anthony Leo Montez do hereby set forth fees to be applied in any business dealing with ANTHONY LEO MONTEZ™ for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party and Creditor and Estate Haers, Montez, Anthony-Leo, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party and Creditor and Estate Haers, Montez, Anthony-Leo, is the only authorized personnel to alter, void, and/or enforce said fees and may do so at any time.

i, Anthony-Leo from the Nation Montez, also known as Anthony Leo Montez, man, a live man, Arizonan, living on Arizona state in its dejure capacity as a republic. The unincorporated the united States of America's national, living outside the "Federal Zone" on a non-military occupied estate, not subject to the jurisdiction of the United States or the District of Columbia. Protected by Article 23 of The Hague Treaty. This incidentally makes me an Arizonan, man of the Sovereign People, does swear and affirm that Affiant has scribed and read the following facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

## Acts Against my Religion

FACT: It is Against my Religion to take, receive or partake in any administrated form of any synthetic substance(s) medical or otherwise that will immediately alter my mitochondrial DNA & RNA and cause

my biological system to suffer a physiological and spiritual imbalance which will cause irreparable harm & damage to my Religion. Violation fee of my religion is $100 Quadrillion Dollars per incident.

# Excellent Health &
# Severe Allergic Reaction to Synthetic Substances

FACT: i, :Anthony-Leo: from Nation Montez. am of excellent health. i am allergic to synthetic substances of any kind and will suffer severe allergic reactions which will cause a biological, mitochondrial and spiritual imbalance to my Excellent Health and will cause physiological and spiritual imbalances which will cause direct harm and damage to my excellent health & trinity of mind body and soul. Violation fee of my

Excellent Health is $100 Quadrillion Dollars per incident.

---

**Full Reservation of Rights**

Let it be known to all that i, :Anthony-Leo: from Nation Montez. explicitly reserves all of my rights and liberty. See UCC 1-308 which was formally UCC 1-207. "§ 1-308. Performance or Acceptance under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."

---

i retain all of my rights and liberty at all times and in all places, **nunc pro tunc** (now for then) from the time of my Live-Birth on the Earth's dry land and forevermore. Further, i retain my rights not to be compelled to perform under any contract or commercial agreement that i did not enter knowingly, voluntarily and intentionally. And furthermore, i do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. i am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty. Further, i am not a United States citizen or a 14th amendment citizen. i am an Arizonan living upon the Real Land commonly known as the Arizona state republic and reject any attempted expatriation. [See **15 United States statute at large, July 27th, 1868**]

also known as the expatriation statute. **Violation fee of my liberty is $250,000.00 USD per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.**
i, :Anthony-Leo: from Nation Montez., declare under penalty of perjury WITHOUT the UNITED STATES, that the above stated facts are the truth the whole truth and nothing but the truth to the best of my knowledge and overstanding.

The authority for fines (damages) caused by crimes by government offices: Perpetrators along with, Authorizing Bodies, Officers, Policy Enforcers, Sheriffs, CIA Agents and Operatives, FBI Agents and Operatives, Detectives, SWAT Teams, Captains, Chiefs, Supervisors, Employers, Social Workers, Small Claims Courts, City Courts, Circuit Courts, Family Courts, Municipality Courts, State Courts, District Courts, Federal Courts, Supreme Courts, City Governments, State Governments, Federal Governments, Judges, Magistrates, Clerks, Administrators, Contractors such as but not limited to, Commercial Mercenary for Hire, etc., Subcontractors, Agents, Assigns, or those who impersonate government officials.

| | |
|---|---|
| Private Easements Schedule | 250000.00   USD |
| Penalty for Private Use | |
| | |
| Public Easements Schedule | 250000.00   USD |
| Penalty for Public Use | |

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders
Name (Unauthorized use of Trademark and or Copyrighted Name)                50000.00   USD

| | | |
|---|---|---|
| Driver's License Number | 50000.00 | USD |
| Social Security Number | 100000.00 | USD |
| Retinal Scans | 5000000.00 | USD |
| Fingerprinting | 200000.00 | USD |
| Photographing | 5000000.00 | USD |
| DNA | 5000000.00 | USD |
| Mouth swab | 5000000.00 | USD |
| Blood samples | 5000000.00 | USD |
| Urine samples | 5000000.00 | USD |
| Breathalyzer testing | 5000000.00 | USD |
| Hair samples | 5000000.00 | USD |
| Skin samples | 5000000.00 | USD |
| Clothing samples | 5000000.00 | USD |
| Forced giving of fluids/samples | 5000000.00 | USD |
| Forced Vaccine Injections | One Quadrillion | USD |
| Facial Covering and or Facial Mask Mandates | One Quadrillion | USD |

**Issue Traffic citations and tickets of any traffic nature**

| | | |
|---|---|---|
| Citations | 60000.00 | USD |
| Warning issued on Paper Ticket | 25000.00 | USD |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| Time in court: per hour fee with a one hour minimum per occurrence | 75000.00 | USD |
| If Fine/s imposed | 500000.00 | USD |

**Car/Personal Property Trespass, Carjacking, Theft, Interference with Commerce**

| | | |
|---|---|---|
| Agency by Estoppel | 50000.00 | USD |
| Color of Law | 150000.00 | USD |
| Implied Color of Law | 150000.00 | USD |
| Criminal Coercion | 500000.00 | USD |
| criminal Contempt of court | 500000.00 | USD |
| Estoppel by Election | 350000.00 | USD |
| Estoppel by Laches | 350000.00 | USD |
| Equitable Estoppel | 500000.00 | USD |
| Fraud | 1000000.00 | USD |
| Fraud upon the court | 2000000.00 | USD |
| Larceny | 250000.00 | USD |
| Grand Larceny | 250000.00 | USD |
| Larceny by Extortion | 1000000.00 | USD |
| Larceny by Trick | 1000000.00 | USD |
| Obstruction of Justice | 100000.00 | USD |
| Obtaining Property by False Pretenses | 1000000.00 | USD |
| Simulating Legal Process | 1000000.00 | USD |
| Vexatious Litigation | 5000000.00 | USD |
| Trespass upon Motor Conveyance | 100000.00 | USD |
| Unauthorized Relocation of Motor Conveyance | 100000.00 | USD |
| Seizure of Motor Conveyance | 100000.00 | USD |
| Theft of License Plate | 10000.00 | USD |
| Theft of personal belongings/property | 100000.00 | USD |
| Theft of personal documents and or Identification | 100000.00 | USD |
| Theft of private documents and or property | 1000000.00 | USD |
| Unlawful Lien on Motor Conveyance | 50000.00 | USD |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| Name written by the informant | 250000.00 | USD |
| Driver's License written by informant | 150000.00 | USD |
| Social Security Number written by informant | 150000.00 | USD |
| Miscellaneous Material written by informant | 500000.00 | USD |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| Financial Information | 100000.00 | USD |
| Property inside of motor vehicle | 150000.00 | USD |

**Time Usage for traffic stops:** 30 minutes minimum per occurrence

| | | |
|---|---|---|
| 30 minutes | 5000.00 | USD |
| 60 minutes | 10000.00 | USD |
| 90 minutes | 150000.00 | USD |

## Court Appearance Schedule

These fees MUST be paid immediately after the completion of my case regardless of the outcome of it. Failure to pay fines and fees will have an additional penalty fee added in the amount of 5000.00 USD for breach of contract.

### Demand for Appearance in court

| | | |
|---|---|---|
| My Appearance under protest and duress: per hour fee with minimum of one hour | 75000.00 | USD |
| Voluntarily | 10000.00 | USD |

### Unauthorized use of trade name material

**Name**

| | | |
|---|---|---|
| under protest and duress | 50000.00 | USD |
| Voluntarily | 25000.00 | USD |

**Driver's License**

| | | |
|---|---|---|
| under protest and duress: | 50000.00 | USD |
| Voluntarily | 25000.00 | USD |

**Social Security Number**

| | | |
|---|---|---|
| under protest and duress: | 50000.00 | USD |
| Voluntarily | 25000.00 | USD |
| Miscellaneous Material | 50000.00 | USD |

**Produce any personal information for any kind of business interaction:**

| | | |
|---|---|---|
| Financial Information | 10000.00 | USD |
| Driver's License | 10000.00 | USD |
| Social Security Number | 250000.00 | USD |
| Any documents produced by me: fee charged per document | 10000.00 | USD |

**Time usage for court appearances:**

Fee charged per each 30 minutes with 30 minutes minimum

**30 minutes:**

| | | |
|---|---|---|
| Under Protest and Duress | 33500.00 | USD |
| Voluntarily | 10000.00 | USD |

**60 minutes:**

| | | |
|---|---|---|
| Under Protest and Duress | 75000.00 | USD |
| Voluntarily | 20000.00 | USD |

**90 minutes or more:**

| | | |
|---|---|---|
| Under Protest and Duress | 150000.00 | USD |
| Voluntarily | 30000.00 | USD |

# Transgressions-Fee Schedule

**Transgressions** by public official(s), police officer(s), judge(s), attorney(s), and all other who desire to contract:

| | | |
|---|---|---|
| Failure to honor God Given Rights | 20000.00 | USD |
| Failure to honor Oath of Office | 50000.00 | USD |
| Failure to honor Constitutional Oath | 50000.00 | USD |
| Failure to honor Written and/or Oral Word | 5000.00 | USD |
| Silence/Dishonor/Default | 5000.00 | USD |
| Failure to honor /No Bond | 5000.00 | USD |
| Phone call to telephone number used by Secured Party including from alleged debt collectors per each occurrence | 5000.00 | USD |
| Telephone message left on Secured Party phone service or equipment per each occurrence | 5000.00 | USD |
| Use of Street Address/Mailing location of Secured Party per each occurrence | 5000.00 | USD |
| Time Waiting for Scheduled Service per each one hour with minimum of one hour per occurrence | 6000.00 | USD |
| Detention from Free Movement and/or cuffed per each one hour with minimum of one hour per occurrence | 75000.00 | USD |
| Incarceration per each one hour with minimum of one hour per occurrence | 75000.00 | USD |

## Failure to Follow Federal and/or State Statutes:

| | | |
|---|---|---|
| Codes, Rules and/or Regulations | 50000.00 | USD |
| Failure to State a Claim upon which Relief Can Be Granted | 250000.00 | USD |
| Failure to Present a Living Injured Party | 100000.00 | USD |
| Failure to Provide Contract Signed by the Parties | 100000.00* | USD |
| Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | 100000.00* | USD |
| Default by Non-Response or Incomplete Response | 100000.00* | USD |
| Fraud | 1000000.00* | USD |
| Racketeering | 1000000.00* | USD |
| Theft of Public Funds | 1000000.00* | USD |
| Dishonor in Commerce | 1000000.00* | USD |
| Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | 1000000.00** | USD |
| Perverting of Justice Judgment | 1000000.00* | USD |
| Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | 50000.00 | USD |
| Forcing psychiatric evaluations per occurrence | 500000.00 | USD |
| Refusal to provide adequate and proper nutrition while incarcerated per day | 500000.00 | USD |
| Refusal to provide proper exercise while incarcerated, per day | 500000.00 | USD |
| Refusal to provide proper dental care while incarcerated, per day | 500000.00 | USD |
| Forced giving of body fluids per each occurrence | 100000000.00 | USD |
| Forced injections/inoculations, vaccines, per injection per occurrence | 100000000.00 | USD |
| Forced separation from marriage contract per day | 100000000.00 | USD |
| Confiscation/kidnapping of a body not a US Citizen, per day | 100000000.00 | USD |
| Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | 100000000.00 | USD |
| Attempted extortion of funds from birth certificate account, social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation, per count or charge per day | 100000000.00 | USD |
| Attempted extortion of signature, per count or charge | 1000000.00 | USD |
| Attempted forgery of signature, per count or charge | 1000000.00 | USD |

Additional fees for damages, in part, were determined by the UNITED STATES GOVERNMENT itself for the violations listed below:

[
- VIOLATION OF OATH OF OFFICE $250,000.00 18 USC 3571, 28 USC 3002(15);
- ARMED ABUSE OF OFFICE $200,000.00;
- ARMED ABUSE OF AUTHORITY $200,000.00;
- ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY $200,000.00;
- ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY $200,000.00;
- ARMED ASSAULT AND BATTERY $200,000.00;
- ARMED THREAT OF VIOLENCE $200,000.00;
- ARMED COERCION $200,000.00;
- DENIED PROPER WARRANT(S) $250,000.00 18 USC 3571;
- DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS $250,000.00 18 USC 3571;
- DEFENSE EVIDENCE (RECORDS) $250,000.00 18 USC 3571;
- DENIED RIGHT TO TRUTH IN EVIDENCE $250,000.00 18 USC 3571;
- ARMED VIOLATION OF DUE PROCESS $200,000.00;
- SLAVERY (Forced Compliance to contracts not held) $250,000.00 18 USC 3571;
- DENIED PROVISIONS IN THE CONSTITUTION $250,000.00 18 USC 3571;
- ARMED TREASON, WAR AGAINST AMERICANS $250,000.00 18 USC 3571;
- GENOCIDE AGAINST HUMANITY $1,000,000.00 18 USC 1091;
- APPARTIDE $1,000,000.00;
- ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW $200,000.00 18 USC 242;
- EMOTIONAL DISTRESS $200,000.00 32 CFR 536.77(a)(3)(vii);
- MENTAL ANGUISH ABUSE $200,000.00 42 CFR 488.301;
- PEONAGE (Felony) $200,000.00 18 USC 1581, 42 USC 1994;
- UNLAWFUL INCARCERATION $200,000.00;
- MALICIOUS PROSECUTION $200,000.00;
- DEFAMATION OF CHARACTER $200,000.00;
- SLANDER $200,000.00;
- LIBEL $200,000.00;
- ARMED TRESPASS $200,000.00;
- NEGLECT/FAILURE TO PROTECT/ACT $200,000.00 18 USC 1621, 42 USC 1986;
- ARMED GANG PRESSING $200,000.00;
- ARMED LAND PIRACY/PLUNDER $200,000.00;
- UNAUTHORIZED BOND PRODUCTION $200,000.00;
- ARMED FORGERY $200,000.00;
- ARMED EMBEZZLEMENT $200,000.00;
- TAX EVASION $ To be determined by Internal Revenue Service (IRS);
- ARMED STALKING $200,000.00;
- ARMED IMPERSONATING A PUBLIC OFFICIAL $200,000.00;
- ACTING AS AGENTS OF FOREIGN PRINCIPLES $200,000.00 18 USC 219;
- ARMED TORTURE $200,000.00;
- ARMED OPERATING STATUTES WITHOUT BOND $200,000.00;
- EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP BY BAR CLOSED UNION COURTS-CIVIL RIGHTS $1,000,000.00;
- BAR VIOLATION OF ANTI-TRUST LAWS $200,000.00;
- FICTICIOUS CONVEYANCE OF LANGUAGE $200,000.00 Chap. 2b 78FF;
- MISAPPROPRIATION OF TAXPAYER FUNDS $200,000.00 18 USC 641-664;
- VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS ARMED BREACH OF TRUST $200,000.00;
- ARMED DISTURBING THE PEACE $200,000.00;
- ARMED KIDNAPPING $200,000.00 18 USC 1201;
- ARMED MALFEASANCE/MALPRACTICE $200,000.00 22 CFR 13.3;

- ARMED MISREPRESENTATION/PERSONAGE $200,000.00;
- MISPRISON OF FELONY $500.00 18 USC 4;
- ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE $200,000.00 18 USC 241;
- ARMED CRIMINAL EXTORTION/ ECONOMIC OPPRESSION $200,000.00 18 USC 141, 872, 25 CFR 11.417;
- ARMED EXTORTION OF RIGHTS $200,000.00 Title 15;
- ARMED ROBBERY $200,000.00;
- ARMED THEFT BY FORCED REGISTRATION $200,000.00;
- MAIL THREATS $5,000.00 18 USC 876;
- MAIL FRAUD $10,000.00 18 USC 1341;
- ARMED FRAUD $10,000.00 18 USC 1001;
- ARMED VIOLATION OF LIEBER CODE AGAINST NON-COMBATANTS $200,000.00;
- ARMED WRONGFUL ASSUMPTION OF STATUS/STANDING $200,000.00;
- ARMED FALSIFICATION OF DOCUMENTS/RECORD $10,000.00 18 USC 1001, 26 USC 7701(a)(1);
- ARMED FICTITIOUS OBLIGATIONS $200,000.00 18 USC 514;
- ARMED PERJURY $2,000.00 18 USC 1621;
- ARMED SUBORDINATION OF PERJURY $2,000.00 18 USC 1622
- ARMED RACKETEERING (Criminal, Felony) $200,000.00 18 USC 1961-1968;
- ARMED RACKEREERING (Civil) $200,000.00;
  ]

Wages Taken will be multiplied by 3 (three) per [18 USC 1964 (c)]; Sustained Damages will be the total of the above multiplied by 3 (three).

*Per Occurrence and Includes any Third-Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

| | | |
|---|---|---|
| Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without **a reasonable and just cause, It Is Kidnapping**), per occurrence | 5000000.00 | USD |

## Services to others and/or Corporation/s:

(All items listed below will be on a per hour basis)

| | | |
|---|---|---|
| Studying | 500.00 | USD |
| while under threat, duress, coercion | 75000.00 | USD |
| Analyzing | 500.00 | USD |
| while under threat, duress, coercion | 75000.00 | USD |
| Research | 500.00 | USD |
| while under threat, duress, coercion | 75000.00 | USD |
| Preparing Documents | 500.00 | USD |
| while under threat, duress, coercion | 75000.00 | USD |
| Answering Questions | 500.00 | USD |
| while under threat, duress, coercion | 75000.00 | USD |
| Providing Information | 500.00 | USD |
| while under threat, duress, coercion | 75000.00 | USD |

The lien debtors will be responsible for any and all obligations to the INTERNAL REVENUE SERVICE resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements and/or judgments.

## CLAIMS of "IMMUNITY":

**Any claim of "Immunity" is a fraud** because, if valid, it would prevent removal from office for crimes against the people, for which removal is authorized or mandated under "Constitution for the united States of America" Article 2, Section IV; also include but are not limited to Title 18 U.S. Codes 241, 242, 245; Title 42 U.S. Codes 1983, 1985, 1986; and other state Constitutions. Precedent of Law established by court cases, which are in violation of law, render violations of law as LEGALLY unassailable.

Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, ensure domestic tranquility, and secure the blessings of liberty.

Upon our issuance of a True Bill / Invoice, payment is due within 10 days after receipt date.

**Make all payments to:**
ANTHONY LEO MONTEZ™
% 4240 S Arizona Ave STE 1043
On Chandler, on Arizona state republic without the united states
near[85248] Zip code exempt
Ph:602-461-2994

In Presence of Us, in Witness Whereof, we hereunto set our hands and seal this day of Twenty Seven of December, in the year Two Thousand Twenty-Two of the Lord Advocate and heir to all things and of the independence of the Sovereign unincorporated The united States of America on Pinal county, on the Real Land Arizona state within a non-military occupied private space:

**"...at the mouths of two, or the mouths of three the matter is established."**
**Deuteronomy 19:15**

by: ⸺Ruiz, Deanna-M⸺ seal

Divine, Sentient, and sui juris witness

by: ⸺Mondragon Lisette-M⸺ seal

Divine, Sentient, and sui juris witness

Without recourse, all rights claimed and retained,

by: Montez, Anthony-Leo.

Montez, Anthony-Leo the Unincorporated the united States of America National; [In accordance with Title 8 U.S.C § 1101(a)(21)] The Executor/Estate Haers/Beneficiary/Sole Shareholder/Chief Executive Officer/Attorney-In-Fact for BEZOS INVESTMENTS EXPRESS TRUST™



Fee Schedule
Notice Montez,
Anthony - Leo.

# Notary Certificate

_Arizona_ ____ state}

_Pinal_ ____ count}      ss

On this __9th__ day of _November_, 2022, for the verification purpose, i, the undersigned certify that
COMMON LAW COPYRIGHT NOTICE has been prepared and signed by Montez, Anthony.

without prejudice, without recourse,
all rights reserved; all liberties retained:

by: _Montez, Anthony L_

## Notary
For verification purpose only.

_Arizona_ ____ state  )
                      ) scilicet
_Pinal_ ____ county)

This document was signed before me by _Anthony L Montez_ _____ on this

__9th__ day of _November_ A.D., 20 _22_.

_Pal Auy_
Notary Public

Daniel Alfrey
Notary Public
Pinal County, Arizona
My Comm. Expires 12-09-25
Commission No. 620044

My commission expires: __12 - 9__, 20 _25_.

## UCC-1 & UCC-11 Certificate of Financing Statement

# State of Arizona
## Department of State



## UNITED STATES OF AMERICA

## STATE OF ARIZONA

I, Adrian Fontes, Secretary of State and Keeper of the Great Seal, do hereby certify Katie Hobbs, whose signature appears on the attached certificate, is and was at the time of signing, qualified and acting as Secretary of State. The affixed Great Seal of the state of Arizona is genuine and the signature of Katie Hobbs is genuine and full faith and credit shall be due all official acts of the State of Arizona.

COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix, on this day, February 21, 2023

Adrian Fontes
Secretary of State

Request # 120855737

**Hobbs**
.ary of State
.e of Arizona

# Certificate Of Financing Statements

2, 2022, the attached pages are listings of presently effective, terminated, or lapsed within the past year
.ments, statements of assignment, or tax liens on file with the Secretary of State's Office.

.arch Criteria: DEBTOR Organization = ANTHONY LEO MONTEZ
<NO RESULTS FOUND>>

Date: 12/14/2022

Requested By:

The foregoing document is a complete, true, and correct copy of the
document filed with the Arizona Secretary of State

By: _____

## INFORMATION REQUEST
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | FILING OFFICE ACCT # |
|---|---|

B. E-MAIL CONTACT AT FILER (optional)

C. RETURN TO: (Name and Address)

Montez, Auth. Rep.
c/o 4240 S Arizona Ave STE 1043
Chandler, AZ 85248

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME to be searched: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

1a. ORGANIZATION'S NAME

**ANTHONY LEO MONTEZ**

OR 1b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

2. INFORMATION OPTIONS relating to UCC filings and other notices on file in the filing office that include the Debtor name identified in item 1:

2a. SEARCH RESPONSE ☑ CERTIFIED (Optional)

Select one of the following two options: ☑ ALL (Check this box to request a response that is complete, including filings that have lapsed.) ☐ UNLAPSED

2b. COPY REQUEST ☐ CERTIFIED (Optional)

Select one of the following two options: ☐ ALL ☐ UNLAPSED

2c. SPECIFIED COPIES ONLY ☐ CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

**ALL NOTICES OF LIENS, CONTRACTS, MORTGAGES AND/OR AGREEMENTS INCLUDING JUDGMENT LIENS FROM birthday and year TO today's date**

**ANTHONY LEO MONTEZ**
42080 W Anne Lane
Maricopa, AZ 85138

**ANTHONY LEO MONTEZ**
802 S 3rd AVE
PHOENIX, AZ 85003

**ANTHONY LEO MONTEZ**
1319 W Dobbins rd

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item C unless otherwise instructed here):

4a. ☐ Pick Up

4b. ☑ Other **U.S.P.S MAIL DELIVERY TO ANTHONY LEO MONTEZ 4240 S Arizona Ave STE 1043 Chandler, AZ [8524**
Specify desired method here (if available from this office); provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

International Association of Commercial Administrators (IACA)

**UCC-1**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Montez, Auth. Rep. u/d BEZOS INVESTMENTS EXPRESS
TRUST 10/01/2019
c/o 4240 S Arizona Ave suite 1043

Chandler, AZ 85248

MD DEPT. OF ASSESSMENTS & TAXATION
NS
221219-0514000
Lapse Date: 12/19/2052
Date: 12/19/2022
Time: 5:14 AM
Page Count: 7
Debtor Count: 2
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID# 62352046

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANTHONY LEO MONTEZ | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 111 S 3rd Ave #102 | Phoenix | AZ | 85003 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| MONTEZ | ANTHONY | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 111 S 3rd Ave #102 | Phoenix | AZ | 85003 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BEZOS INVESTMENTS EXPRESS TRUST 10/01/2019 | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Calle 20 Sur STE 50 | Medellin | IT | 00000 | CO |

4. COLLATERAL: This financing statement covers the following collateral:

See attachment.

5. Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions)                ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:

☒ Public-Finance Transaction      ☐ Manufactured-Home Transaction      ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien      ☒ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
See attached PN# ALM10011985. Gratitude

(Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Montez, Auth. Rep.
u/d BEZOS INVESTMENTS EXPRESS TRUST
10/01/2019
c/o: 4240 S. ARIZONA AVE, SUITE 1043
CHANDLER, ARIZONA 85248

**Print**  **Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **ANTHONY LEO MONTEZ** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 111 S 3rd Ave #102, | Phoenix | AZ | 85003 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **MONTEZ** | **ANTHONY** | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 111 S 3rd Ave #102, | Phoenix | AZ | 85003 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **BEZOS INVESTMENTS EXPRESS TRUST 10/01/2019** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Calle 20 Sur STE 50 | Medellin | | | Col |

4. COLLATERAL: This financing statement covers the following collateral:

All property, whether tangible or intangible and all "in property real," located in the republic of ARIZONA or any other state received now or in future, to be held in trust in fee simple per the trustee minutes, on the scheduled books, titled "Other Property Exchange - Non-Real Estate Assets" or " Real Property Assets."

DECLARATION OF BEZOS INVESTMENTS EXPRESS TRUST- Pinal County, Arizona Clerk Office, Filed & Recorded Parcel #***** Book#***** Map#*****

Certificate of Title (Department of State Annexed File Number) - 22049641-1, (Birth Certificate #) B ***-**-044434

Equity Secured Promissory Note - Instrument #ALM10011985 Exhibit A | 2021 3500 Ram Vin# 3C63RRPL6MG537343

Equity Secured Promissory Note - Instrument #373471357v8 Exhibit B house on Arizona Republic on Pinal County

Legal Description of Real Estate or Parcel Number- Sierra Highlands Ranch, 40 acre parcel, Lot 161 unit II, Apache County Arizona. | Real Property located at 42080 W Anne Lane Maricopa, Arizona 85138 primary parcel#221 book#512, map#02,

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions)     ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:     6b. Check only if applicable and check only one box:

☑ Public-Finance Transaction     ☐ Manufactured-Home Transaction     ☐ A Debtor is a Transmitting Utility     ☐ Agricultural Lien     ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):     ☐ Lessee/Lessor     ☐ Consignee/Consignor     ☐ Seller/Buyer     ☐ Bailee/Bailor     ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| **ANTHONY LEO MONTEZ** |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**Print**    **Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| **MONTEZ** |
| INDIVIDUAL'S FIRST PERSONAL NAME |
| **ANTHONY** |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 111 S 3rd Ave #102, | Phoenix | AZ | 85003 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
| **BEZOS INVESTMENTS EXPRESS TRUST 10/01/2019** |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Calle 20 Sur STE 50 | Medellin | | | Col |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

███████████████████  ██████ | █████████████████████████ | ████████████ | ***********| ██████
| |HOLD HARMLESS AND INDEMNITY AGREEMENT Instrument #
ALM̃0001HHIA| | |Beneficial Owner Declaration Instrument #1001-1985-ALM| | |Maryland Department of Assessments and Taxation Non-UCC-1 financing statement filing number 221219-0514000| | |Common Law Copyright Notice No.00077964-1 Private Registration No. RB 606101445US| | Notice of Fee Schedule Private Registration No. RB 606101499US| |

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**